IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ADAN ABDI, A# 221-313-166                                                 PETITIONER

v.                                                    CIVIL NO. 5:26-cv-199-DCB-RPM

WARDEN, Adams County Correctional Center                       RESPONDENT

ORDER

This matter is before the Court on pro se Petitioner Adan Abdi's (Petitioner's),

Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.  Petitioner is an immigration

detainee currently housed at the Adams County Correctional Center in Natchez,

Mississippi.  Petitioner filed a Motion for Leave to Proceed *In Forma Pauperis* [3] but then

paid the filing fee.  Petitioner's Motion [3] is moot.  After initial review of Petitioner's

filings, the Court finds that Respondent shall respond to the Petition.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Leave to Proceed *In

Forma Pauperis* [3] is denied as moot.  Petitioner paid the filing fee on April 1, 2026.

**IT IS FURTHER ORDERED** that Respondent shall file an answer or other

responsive pleading in this cause within twenty (20) days of the service of a copy of this

order.  Respondent shall respond to the Petition [1] and shall file with his or her answer or

other responsive pleading any agency records or court records relevant to the disposition of

this cause.   If Petitioner desires to file a rebuttal, he may do so within fourteen days after

Respondent files an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a

copy of the Petition [1] (without attachments) filed herein, along with a copy of this Order

upon the Civil Process Clerk of the Office of the United States Attorney for the Southern

District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney

General of the United States, at U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden of Adams County Correctional Center, 20 Hobo Fork Road, Natchez, MS 39120.  Respondent may view Petitioner's Attachments [1-1],[1-2],[1-3],[5], and Petitioner's Memorandum in Support [2] via the Court's CM/ECF System.

The Court warns Petitioner that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**SO ORDERED**, this the 14th day of April, 2026.

/s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE